# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

Minnesota Surety & Trust Company,
a Minnesota Corporation,

                Plaintiff,

v.

Wray Trucking Co. LLC; John Vance Co., Inc.;
JB's Hot Shot Express; Ameri-Co Carriers;
Bad Boyz Xpress, Inc.; Rockytop, Inc.;
Champion Delivery, Inc.; Circle III Service, Inc.;
R. B. Browns Trucking, Inc.; LDJ Company;
Snyder Trucking; JDT Enterprises;
Steel & Machinery Transportation, Inc.;
Hedrick Trucking, LLC; Phoenix Transportation
Services, LLC; Hughes Trucking; R & J Trucking;
Harmon Transport; C & N Express; Cheetah
Transportation; B.A.M. Transportation;
Bucaneer Enterprises, Inc.; KST Express, Inc.;
D & S Express; Davidsons Trucking; West Coast
Towing of Central Florida; Tollefsrud Trucking LLC;
JL Transportation; Spitale Transportation;
Don Hagen & Sons, Inc.; James Hedstrom;
and Does 1 through 150.

                Defendants.

**Civil 05-550 PAM/JSM**

**ORDER FOR JUDGEMENT**

_____

      The above matter came on for hearing on April 6, 2006 before the above Court, the Honorable Paul A. Magnuson presiding, upon Plaintiff's motion for default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure. Based upon all filings and proceedings herein, it is hereby ordered:

    1.    That James Hedstrom shall be allowed to intervene and is hereby considered a Defendant in this matter.

    2.    Default judgment in favor of Plaintiff and all Defendants is hereby granted.

3. That reasonable costs and disbursements as shown in Exhibit A of this order in the sum of $3.059.65 are reasonable and are hereby allowed.
4. That the pro rata distribution shown in Exhibit B of this order is reasonable.
5. That Plaintiff shall deposit with the Court the sum of $6.940.35 for distribution to the Defendants as shown at Exhibit B in this order.
6. That upon Plaintiff's deposit of $6,940.35 with the Court pursuant to 28 USCA §1335 Plaintiff's obligations under Property Broker's Surety Bond MST #528 are hereby discharged.

Date: April 20, 2006

s/ Paul A. Magnuson
Judge Paul A. Magnuson
Judge of United States District Court
District of Minnesota



PLUNKETT & ASSOCIATES

## Attorneys at Law

107 West Oakland Ave. • P.O. Box 463, Austin, MN 55912
Email: pdplunke@Plunkett-Law.com or mtlenway@Plunkett-Law.com
Web: Plunkett-Law.com

**Warren F. Plunkett**
**Peter D. Plunkett**
-----
**M. Thomas Lenway, Associate**
**Patrick A. Oman, Associate**

Phone:     507-437-2845
           800-322-3502
Facsimile: 507-437-8376

MTC – JC Transportation

Statement Date: 3/23/06

---

**Type:** Civil (JC Transportation)
**Attorney:** Patrick A. Oman                    **Client No.:** 03804.111

| Date: | Description | Hours | Expenses | Amount |
|---|---|---|---|---|
| 3/11/05 | Drafting Summons and Interpleader | 4.00 | | 600.00 |
| 3/21/05 | Mailing out Summons and Interpleader to all Defendants | 1.00 | | 150.00 |
| 3/22/05 | Sent Amended Interpleader and Summons to Crawford County Sheriff and Stevens County Sheriff for service of process | .50 | | 75.00 |
| 3/23/05 | Drafted Amended Interpleader and sent to all Defendants | 1.00 | | 150.00 |
| 6/6/05 | Resent Summons and Amended Interpleader to certain Defendants | .25 | | 37.50 |
| 6/6/05 | Sent Summons and Interpleader to White County Sheriff to serve Spitale Co. | .25 | | 37.50 |
| 6/8/05 | Filed Amended Summons with District Court | .25 | | 37.50 |
| 6/13/05 | Sent Summons and Amended Interpleader to Sherman Young and letter requesting documentation supporting claim | .50 | | 75.00 |
| 6/20/05 | Resent Amended Interpleader and Summons to | | | |

|  |  |  |  |
|---|---|---|---|
|  | Hedrick Trucking LLC | .25 | 37.50 |
| 7/21/05 | Resent Summons and Amended Interpleader to two Defendants | .25 | 37.50 |

### PLUNKETT & ASSOCIATES, INC.

|  |  |  |  |
|---|---|---|---|
| 10/31/05 | Letter to Machado Trucking advising them we started Interpleader action and to contact attorney if they want to intervene and review their documents | .50 | 75.00 |
| 11/15/05 | Filing Waiver of Service and Sheriff's Service of Processes with US Courthouse via mail and e-filing | 1.50 | 225.00 |
| 12/5/05 | Drafting Application to Vacate Order of Dismissal; Proposed Order Vacating Dismissal Order and Notice of e-filing | 1.50 | 225.00 |
| 12/5/05 | Mailing Application to Vacate Order of Dismissal; Proposed Order Vacating Dismissal Order and Notice of e-filing | .75 | 112.50 |
| 1/10/06 | Talked with US District Court regarding none of Defendants answering | .50 | 75.00 |
| 3/20/06 | Drafted Notice of Motion and Motion for Default Judgment; Affidavit of Default and proposed Order for Judgment and added James Hedstrom | 3.00 | 450.00 |
| 3/21/06 | Mailed Notice of Motion and Motion for Default Judgment; Affidavit of Default and proposed Order for Judgment to all Defendants | 1.00 | 150.00 |
| 3/11/05 | Filing Fee | 250.00 | 250.00 |
| 3/22/05 | Postage to mail out Summons and Interpleader | 10.73 | 10.73 |
| 3/23/05 | Postage to mail out Amended Interpleader | 10.73 | 10.73 |
| 6/6/05 | Service of Process fee to White County Sheriff | 50.00 | 50.00 |
| 9/13/05 | Service of Process fee for Crawford County Sheriff | 65.00 | 65.00 |
| 9/13/05 | Service of Process fee for Stevens County Sheriff | 40.80 | 40.80 |

| Date | Description | | |
|---|---|---|---|
| 12/6/05 | Copy of Application, Proposed Order and Notice of Filing | 12.00 | 12.00 |
| 12/6/05 | Postage to mail Notice, proposed Order and Notice | 18.00 | 18.00 |

**PLUNKETT & ASSOCIATES, INC.**

| | | | |
|---|---|---|---|
| 3/21/06 | Copying of Motion, Affidavit and Proposed Order 310 pages | 31.00 | 31.00 |
| 3/21/06 | Postage to mail Notice of Motion and Motion; Affidavit and proposed order | 21.39 | 21.39 |

_____TOTALS_____

**PLEASE PAY THIS AMOUNT:** **$3,059.65**

| **J. C. TRANSPORTATION** | | | |
|---|---:|---:|---:|
| <u>Company</u> | <u>Amt Due</u> | <u>Percentage</u> | <u>Pro Rata</u> |
| Wray Trucking Co. | $ 9,742.00 | 7.5749% | $ 525.73 |
| Vance Co. | $ 7,680.00 | 5.9716% | $ 414.45 |
| JB's Hot Shot Express | $ 1,750.00 | 1.3607% | $ 94.44 |
| Ameri-Co Carriers | $ 900.00 | 0.6998% | $ 48.57 |
| Bad Boyz Xpress, Inc. | $ 4,000.00 | 3.1102% | $ 215.86 |
| Rockytop, Inc. | $ 1,681.00 | 1.3071% | $ 90.71 |
| Champion Delivery, Inc. | $ 2,250.00 | 1.7495% | $ 121.42 |
| Circle III Service, Inc. | $ 1,350.00 | 1.0497% | $ 72.85 |
| R. B. Browns Trucking, Inc. | $ 2,230.00 | 1.7339% | $ 120.34 |
| LDJ Company | $ 3,475.00 | 2.7020% | $ 187.53 |
| Snyder Trucking | $ 2,400.00 | 1.8661% | $ 129.52 |
| JDT Enterprises | $ 1,850.00 | 1.4385% | $ 99.83 |
| Steel & Machinery Transportation, Inc. | $ 1,970.00 | 1.5318% | $ 106.31 |
| Compuent o/b/o Hedrick Trucking LLC | $ 900.00 | 0.6998% | $ 48.57 |
| Compunet o/b/o Phoenix Transportation Services, LLC | $ 2,250.00 | 1.7495% | $ 121.42 |
| Scott Allen & Assoc. o/b/o Hughes Trucking | $ 2,000.00 | 1.5551% | $ 107.93 |
| R & J Trucking | $ 2,550.00 | 1.9828% | $ 137.61 |
| Harmon Transport | $ 6,950.00 | 5.4040% | $ 375.06 |
| C & N Express | $ 2,000.00 | 1.5551% | $ 107.93 |
| Compunet o/b/o Cheetah Transportation | $ 2,000.00 | 1.5551% | $ 107.93 |
| B.A.M. Transportation | $ 1,950.00 | 1.5162% | $ 105.23 |
| Bucaneer Enterpises, Inc. | $ 2,000.00 | 1.5551% | $ 107.93 |
| KST Express, Inc. | $ 2,650.00 | 2.0605% | $ 143.01 |
| Compunet o/b/o D D & S Express | $ 5,293.30 | 4.1158% | $ 285.65 |
| Compunet o/b/o Davidsons Trucking | $ 1,725.00 | 1.3413% | $ 93.09 |
| West Coast Towing of Central FL | $ 6,752.27 | 5.2502% | $ 364.38 |
| Tollefsrud Trucking LLC | $ 2,700.00 | 2.0994% | $ 145.70 |
| J-Lynn d/b/a JL Transportation | $ 2,200.00 | 1.7106% | $ 118.72 |
| Compunet o/b/o of Spitale Transportation | $ 850.00 | 0.6609% | $ 45.87 |
| Don Hagen & Sons, Inc. | $ 39,975.26 | 31.0828% | $2,157.26 |
| James Hedstrom | $ 2,585.00 | 2.0100% | $ 139.50 |
| | **$ 128,608.83** | **100.0000%** | **$6,940.35** |
| Amount of bond | $ 10,000.00 | | |
| Amount of Costs | $ 3,059.65 | | |
| Amount to be disbursed | **$ 6,940.35** | | |